# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Todd Samuels Clemons
Attorney at Law
1740 Ryan Street
Lake Charles LA 70601

John Michael Veron
Veron, Bice, et al.
P. O. Box 2125
Lake Charles LA 70602-2125

**REHEARING ACTION: March 9, 2016**

**Docket Number: 15   00795-CA**

**KP AUTO SALES, INC.**
**VERSUS**
**ADG, LLC**

**Appealed from Calcasieu Parish Case No. 2011-3724**

**BEFORE JUDGES:**

   Hon. John D. Saunders
   Hon. Elizabeth A. Pickett
   Hon. John E. Conery

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **KP Auto Sales, Inc., et al** has this day been

   **DENIED.**

cc: Scott James Scofield, Counsel for the Appellant